UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case Nos.: 7:15-CR-00023 |
| ) | |
| TERRELL BANKER ) | |
| ) | |
| Defendant. | |

**DEFENDANT'S MOTION TO CONTINUE SENTENCING**

COMES NOW the defendant, Terrell Banker, by counsel, and moves this Court to continue the sentencing date, and states:

1. The Court previously rescheduled the sentencing date for May 18, 2016.

2. The defendant requires the attendance of a key witness a sentencing, his mother, who was unable to secure time off from work to attend the rescheduled sentencing date on short notice.

WHEREFORE, the defendant respectfully moves the Court to continue the sentencing date sufficiently into the future to allow the attendance of his mother and such other relief the Court deems proper.

RESPECTFULLY SUBMITTED,

/s/ 
TERRELL BANKER

Robert E. Dean, Esq. (VSB No. 80288)
ROB DEAN LAW
401 Campbell Ave. S.W., #302
Roanoke, VA 24016
Telephone: (540) 585-1776
rob@robdeanlaw.com

*Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Defendant's Motion to Substitute Counsel was sent via the Court's electronic filing system this 17th day of May, 2016, to:

> Laura Day Rottenborn, Esq.
> Assistant United States Attorney
> United States Attorney's Office
> 310 First Street, S.W., Suite 906
> Roanoke, Virginia 24011
> Telephone: (540) 857-2250
> laura.rottenborn@usdoj.gov
>
> *Counsel for the United States of America*

_____